# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIE WHITE,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-2361** |
| | : | |
| **CARLOS GONZALES,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 21st day of June, 2022, upon consideration of Plaintiff Willie White's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his Complaint (ECF No. 2), it is **ORDERED** that:

1. White's Motion to Proceed *In Forma Pauperis* is **DENIED** because he has accumulated three strikes under 28 U.S.C. § 1915(g) and his Complaint fails to demonstrate imminent danger.

2. If White seeks to proceed with this case, he shall remit $402 to the Clerk of Court within thirty (30) days of the date of this Order. Any money that White pays toward the fees is not refundable, even if this case is dismissed.

3. In the event White pays the fees, the Clerk shall not issue summonses until so **ORDERED**, so that the Court may screen the Complaint pursuant to 28 U.S.C. § 1915A.

4. If White fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**